# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Valle, Alicia O. | 2. Court or Organization<br><br>U.S. District Court SDFL | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>299 East Broward Boulevard<br>Fort Lauderdale, FL 33301 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Inc.- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Weichert Financial Services | Mortgage for NJ Property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Accounts | A | Interest | L | T | | | | | |
| 2. BB&T Accounts | A | Interest | K | T | | | | | |
| 3. Fidelity Emerging Asia Fund (#1) | A | Distribution | J | T | Sold (part) | 09/28/17 | J | | |
| 4. Fidelity Select Biotechnology | C | Distribution | J | T | Sold (part) | 09/28/17 | L | | |
| 5. Matthews India Fund | A | Distribution | J | T | Sold (part) | 09/28/17 | J | | |
| 6. Fidelity Cash Reserves (#1) | | None | J | T | | | | | |
| 7. Fidelity Contra Fund | A | Distribution | J | T | | | | | |
| 8. Fidelity Cash Reserves (#2) | | None | J | T | | | | | |
| 9. Fidelity Cash Reserves (#3) | | None | J | T | | | | | |
| 10. Fidelity Emerging Asia Fund (#2) | A | Distribution | J | T | | | | | |
| 11. Fidelity (fka Spartan) 500 Index #1 | A | Int./Div. | J | T | | | | | |
| 12. Fidelity Select Natural Resources | A | Dividend | | | Sold | 08/08/17 | K | | |
| 13. Fidelity Select Energy Service | A | Dividend | | | Sold | 08/08/17 | J | | |
| 14. Fidelity (fka Spartan) 500 Inder #2 | A | Int./Div. | J | T | | | | | |
| 15. T. Rowe Price Emerging Markets Stock | A | Distribution | J | T | Sold (part) | 09/27/17 | K | | |
| 16. Fidelity Select Medical Equipment | A | Distribution | J | T | | | | | |
| 17. T. Rowe Price New Asia | A | Distribution | L | T | Sold (part) | 09/27/17 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Retirement 2025 | A | Dividend | | | Sold (part) | 10/04/17 | L | | |
| 19. | | | | | Sold | 10/06/17 | M | | |
| 20. T. Rowe Price Summit Cash Reserves | A | Interest | J | T | | | | | |
| 21. Rental property--Morristown, NJ (2015 $435,000) | E | Rent | N | R | | | | | |
| 22. Vanguard Precious Metals and Mining Fund | A | Distribution | J | T | | | | | |
| 23. Vanguard 500 Index Fund | A | Int./Div. | J | T | | | | | |
| 24. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 25. Rental property--Miami, Florida (2011 $190,000) | E | Rent | M | R | | | | | |
| 26. Fidelity Select Health Care | A | Distribution | J | T | | | | | |
| 27. Fidelity (fka Spartan) 500 #3 | A | Int./Div. | K | T | Buy (add'l) | 01/31/17 | J | | |
| 28. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 29. | | | | | Buy (add'l) | 03/28/17 | J | | |
| 30. | | | | | Buy (add'l) | 04/30/17 | J | | |
| 31. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 32. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 33. | | | | | Buy (add'l) | 07/30/17 | J | | |
| 34. | | | | | Buy (add'l) | 08/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/30/17 | J | | |
| 36. | | | | | Sold (part) | 10/04/17 | L | | |
| 37. | | | | | Buy (add'l) | 10/30/17 | J | | |
| 38. | | | | | Buy (add'l) | 11/28/17 | J | | |
| 39. | | | | | Buy (add'l) | 12/30/17 | J | | |
| 40. T. Rowe Price Health Sciences | C | Distribution | K | T | Sold (part) | 09/27/17 | L | | |
| 41. Vanguard Target Ret 2015 #1 | A | Int./Div. | M | T | Buy | 09/29/17 | M | | |
| 42. Vanguard Target Ret 2015 #2 | A | Int./Div. | M | T | Buy | 10/04/17 | L | | |
| 43. T. Rowe Price Corporate Income | A | Dividend | M | T | Buy | 10/06/17 | M | | |
| 44. T. Rowe Price Retirement 2020 | C | Int./Div. | M | T | Buy | 09/27/17 | M | | |
| 45. T. Rowe Price Target 2015 | A | Dividend | M | T | Buy | 10/04/17 | L | | |
| 46. T. Rowe Price Target 2020 | A | Dividend | M | T | Buy | 10/04/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII - Removed [        ] Credit Union, since account was closed in 2016
Section VII - Removed T. Rowe Price Real Estate, since Mutual Fund was sold in 2016
Section VII - Removed T. Rowe Price Financial Services, since Mutual Fund was sold in 2016

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alicia O. Valle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544